APPEAL NO. 22-40813
IN THE UNITED STATES COURT OF APPEAL
FOR THE FIFTH CIRCUIT

**ROSANDRA DAYWALKER,**               **PLAINTIFF- APPELLANT**

**v.**

**UNIVERSITY OF TEXAS
MEDICAL BRANCH
AT GALVESTION, ET AL.,**               **DEFENDANTS-APPELLEES**

APPELLANT'S SECOND UNOPPOSED MOTION FOR
EXTENSION TO FILE APPELLANT'S PRINCIPAL BRIEF

**TO THE HONORABLE FIFTH CIRCUIT COURT OF APPEALS:**

Dr. Rosandra Daywalker, Appellant, pursuant to Rule 31.4 of Federal Rules of Appellate Procedure, files her Second Unopposed Motion for Extension of Time to File Appellant's Principal Brief for good cause and shows the following:

1. Appellant was granted an extension to file her brief on March 24, 2023.

2. To date, Appellant has not received the sealed documents necessary to adequately prepare her brief, although this court has signed the order granting the sealed documents. Additionally, her 30-day extension included the week of Spring Break for her daughter. Counsel for Appellant and her daughter (14-years old) will be out of town on a prescheduled Spring Break Vacation with her extended family members

beginning March 16 to March 19, 2023. As such, Appellant requests an additional week to compensate for the time lost during Spring Break. This will make her new filing date March 31, 2023.

3. Appellant has conferred with counsel for Appellees, and Appellees are not opposed to this motion.

4. This motion for extension is not made solely for delay but in the interest of justice.

Appellant requests that this motion be granted and the deadline to file her brief be extended to March 31, 2023. Appellant requests any additional relief to which she may be entitled.

    Respectfully submitted,

**/s/ *Victoria L. Plante***
VICTORIA L. PLANTE
Texas Bar No. 00798436
Plante Law Firm, P.C.
5177 Richmond Avenue Suite 1140
Houston, Texas 77056
Telephone: (713) 526-2615
Facsimile: (713) 513-5176
Email: victoria@plantelawfirm.com
**ATTORNEY FOR APPELLANT**
**DR. ROSANDRA DAYWALKER**

# **CERTIFICATE OF SERVICE**

      I, Victoria Plante-Northington, hereby certify that a true and correct copy of the foregoing instrument was filed electronically and has been provided to all counsel of record via the e-filing system of the court on March 14, 2023.

**/s/ *Victoria L. Plante***

# **CERTIFCATE OF COMPLIANCE**

1. This brief complies with the type-volume limitation of Federal Rule of Appellate Procedure 32(a)(7)(B) because it contains 199 words, as determined by the word-count function of Microsoft Word 365, excluding the parts of the brief exempted by Federal Rule of Appellate Procedure 32(f) and Fifth Circuit Rule 32.2.

2. This brief complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 365 in 14-point Times New Roman font.

**/s/ *Victoria L. Plante***