# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 15, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 22-40813    Daywalker v. UTMB
                       USDC No. 3:20-CV-99

The court has granted an extension of time to and including March 31, 2023 for filing appellant's brief in this case.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Shawn D. Henderson, Deputy Clerk
                              504-310-7668

Mr. Michael Abrams
Mr. Todd A. Dickerson
Ms. Victoria L. Plante