

**KEN PAXTON**
ATTORNEY GENERAL OF TEXAS

MICHAEL R. ABRAMS                                          (512) 936-1700
Assistant Solicitor General                      Michael.Abrams@oag.texas.gov

November 3, 2023

**Via CM/ECF**

Lyle W. Cayce
Clerk of Court
United States Court of Appeals for the Fifth Circuit

    Re:   *Daywalker v. UTMB*, No. 22-40813

Dear Mr. Cayce:

    This letter responds to Appellant's Rule 28(j) letter of November 1, 2023.

    Appellant directs the Court to *Hamilton v. Dallas County*, 79 F.4th 494 (5th Cir. 2023) (en banc), which issued after briefing in this appeal closed. In their response brief, Appellees previewed (at 27) that *Hamilton* was pending and that it might result in a new standard for what constitutes an "adverse employment action" in Title VII discrimination claims. For those reasons, Appellees suggested that the Court should resolve this case on two simpler grounds, both of which were raised below and are amply supported in the record: first, Appellant did not identify a similarly situated employee, and second, she failed to show that Appellees' actions were pretext for unlawful discrimination. Appellees' Br. 27-28. The Court's decision in *Hamilton* reinforces Appellees' position on the appropriate resolution of Appellant's claims.

                                    Respectfully submitted.

                                    /s/ Michael R. Abrams

                                    Michael R. Abrams
                                    *Counsel for Appellees*

cc: All Counsel (via CM/ECF)